IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDONE INDUSTRIES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-4484 |
| v. | : | |
| HONEYWELL INTERNATIONAL, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 11th day of July, 2014, after considering Defendant Honeywell International, Inc.'s Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaim (Doc. No. 46), Plaintiff Cardone Industries, Inc.'s Response in Opposition (Doc. No. 48), and Defendant's Reply (Doc. No. 49), it is hereby **ORDERED** as follows:

1. Defendant's Motion to File an Amended Answer, Affirmative Defenses and Counterclaim is **GRANTED** without prejudice to Plaintiff's right to raise any defenses warranted by the facts by motion for summary judgment after completion of relevant discovery and/or at trial;

2. Defendant shall file its Amended Answer, Affirmative Defenses and Counterclaim within one (1) week from the date of this Order;

3. Plaintiff's request for additional time to conduct discovery is **GRANTED**, and all further scheduling for this matter will be addressed at the Interim Pretrial Conference on **July 15, 2014** at **10:30 a.m.**; and

4. Plaintiff's request for costs and fees is **DENIED**.

                                                  BY THE COURT:

                                                  */s/ Edward G. Smith*
                                                  EDWARD G. SMITH, J.